# ⬡ Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

epierre@seyfarth.com
T (212) 218-5611

www.seyfarth.com

June 29, 2026

**VIA ECF**

The Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:**    ***Peter Ruse v. Eliassen Group, LLC***
       **Case No. 2:25-cv-15232**

Dear Judge Hammer:

   This firm represents Defendant Eliassen Group, LLC in the above-referenced action. Pursuant to the Court's June 23, 2026 Text Order, and jointly with Plaintiff's counsel, we write to confirm that the parties are available for a settlement conference before Your Honor on July 16, 2026. Because Defendant's client representative is located in Boston, Massachusetts, and Plaintiffs' counsel Aaron Halegua has other obligations that morning in New York City, the parties respectfully request permission for Defendant's client representative and Mr. Halegua to participate via video-teleconference. All other participants are available to be in person.

   Thank you for Your Honor's kind consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Ephraim J. Pierre*

Ephraim J. Pierre
Amanda Williams

cc:    Attorneys of Record (via ECF)

326872491v.1